```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 18-00757-RNO
Patricia Anne Smith                                            Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5      User: AGarner             Page 1 of 1            Date Rcvd: Mar 16, 2018
                          Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2018.
db             +Patricia Anne Smith,   2127 Horning Road,   East Stroudsburg, PA 18302-8014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeremy Michael Bolles    on behalf of Debtor 1 Patricia Anne Smith lawoffice.jmbolles@gmail.com,
               jmbolles@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>    PATRICIA ANNE SMITH,<br>        DEBTOR | : <br> : <br> : <br> : <br> : | Bankruptcy No: 5:18-bk-00757 <br><br> Chapter 13 <br><br> Document No. |
| PATRICIA ANNE SMITH,<br>        MOVANT<br>vs.<br>NO RESPONDENT. | : <br> : <br> : <br> : <br> : <br> : <br> : | |

## ORDER

**AND NOW,** upon consideration of the Motion of the above referenced Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that Good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including March 23, 2018.

Dated: March 16, 2018

By the Court,

*Robert N. Opel, II*

Robert N. Opel, II, Chief Bankruptcy Judge (AG)