1/5/2018

Patricia A Smith

**465.32

Four Hundred Sixty-Five and 32/100***************************************************************

Patricia A Smith
2127 Horning Rd
E. Stroudsburg, PA 18302

Pay Period: 12/30/2017 - 01/05/2018

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302 | | | | | ***-**-2561 |
| | | | | | Pay Period: 12/30/2017 - 01/05/2018     Pay Date: 01/05/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -6.00 | -6.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -63.00 |
| Social Security Employee | -37.20 | -37.20 |
| Medicare Employee | -8.70 | -8.70 |
| PA - Withholding | -18.42 | -18.42 |
| PA - Unemployment Employee | -0.36 | -0.36 |
| | -133.68 | -133.68 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -1.00 |

| Net Pay | 465.32 | 465.32 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

David Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302 | | | | | ***-**-2561 |
| | | | | | Pay Period: 12/30/2017 - 01/05/2018     Pay Date: 01/05/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -6.00 | -6.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -63.00 |
| Social Security Employee | -37.20 | -37.20 |
| Medicare Employee | -8.70 | -8.70 |
| PA - Withholding | -18.42 | -18.42 |
| PA - Unemployment Employee | -0.36 | -0.36 |
| | -133.68 | -133.68 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -1.00 |

| Net Pay | 465.32 | 465.32 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

David Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

1/12/2018

Patricia A Smith

**465.32

Four Hundred Sixty-Five and 32/100****************************************************************************

Patricia A Smith
2127 Horning Rd
E. Stroudsburg, PA 18302

Pay Period: 01/06/2018 - 01/12/2018

---

**Employee**
Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

**SSN**
***-**-2561

Pay Period: 01/06/2018 - 01/12/2018          Pay Date: 01/12/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 1,200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -6.00 | -12.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -126.00 |
| Social Security Employee | -37.20 | -74.40 |
| Medicare Employee | -8.70 | -17.40 |
| PA - Withholding | -18.42 | -36.84 |
| PA - Unemployment Employee | -0.36 | -0.72 |
|  | -133.68 | -267.36 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -2.00 |

**Net Pay**           465.32      930.64

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

David Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

---

**Employee**
Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

**SSN**
***-**-2561

Pay Period: 01/06/2018 - 01/12/2018          Pay Date: 01/12/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 1,200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -6.00 | -12.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -126.00 |
| Social Security Employee | -37.20 | -74.40 |
| Medicare Employee | -8.70 | -17.40 |
| PA - Withholding | -18.42 | -36.84 |
| PA - Unemployment Employee | -0.36 | -0.72 |
|  | -133.68 | -267.36 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -2.00 |

**Net Pay**           465.32      930.64

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

David Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

1/19/2018

Patricia A Smith

**465.32

Four Hundred Sixty-Five and 32/100*********************************************************************

Patricia A Smith
2127 Horning Rd
E. Stroudsburg, PA 18302

Pay Period: 01/13/2018 - 01/19/2018

---

**Employee**
Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

**SSN**
***-**-2561
Pay Period: 01/13/2018 - 01/19/2018        Pay Date: 01/19/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 1,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -6.00 | -18.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -189.00 |
| Social Security Employee | -37.20 | -111.60 |
| Medicare Employee | -8.70 | -26.10 |
| PA - Withholding | -18.42 | -55.26 |
| PA - Unemployment Employee | -0.36 | -1.08 |
| | -133.68 | -401.04 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -3.00 |

**Net Pay**         465.32      1,395.96

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

David Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

---

**Employee**
Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

**SSN**
***-**-2561
Pay Period: 01/13/2018 - 01/19/2018        Pay Date: 01/19/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 1,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -6.00 | -18.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -189.00 |
| Social Security Employee | -37.20 | -111.60 |
| Medicare Employee | -8.70 | -26.10 |
| PA - Withholding | -18.42 | -55.26 |
| PA - Unemployment Employee | -0.36 | -1.08 |
| | -133.68 | -401.04 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -3.00 |

**Net Pay**         465.32      1,395.96

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

David Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

1/26/2018

Patricia A Smith

**465.32

Four Hundred Sixty-Five and 32/100*************************************************************

Patricia A Smith
2127 Horning Rd
E. Stroudsburg, PA 18302

Pay Period: 01/20/2018 - 01/26/2018

**Employee:** Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302
**SSN:** ***-**-2561
**Status (Fed/State):** Single/Withhold
**Pay Period:** 01/20/2018 - 01/26/2018
**Allowances/Extra:** Fed-1/0/PA-0/0
**Pay Date:** 01/26/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 2,400.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -6.00 | -24.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -252.00 |
| Social Security Employee | -37.20 | -148.80 |
| Medicare Employee | -8.70 | -34.80 |
| PA - Withholding | -18.42 | -73.68 |
| PA - Unemployment Employee | -0.36 | -1.44 |
|  | -133.68 | -534.72 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -4.00 |

| Net Pay | 465.32 | 1,861.28 |

David Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

**Employee:** Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302
**SSN:** ***-**-2561
**Status (Fed/State):** Single/Withhold
**Pay Period:** 01/20/2018 - 01/26/2018
**Allowances/Extra:** Fed-1/0/PA-0/0
**Pay Date:** 01/26/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 2,400.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -6.00 | -24.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -252.00 |
| Social Security Employee | -37.20 | -148.80 |
| Medicare Employee | -8.70 | -34.80 |
| PA - Withholding | -18.42 | -73.68 |
| PA - Unemployment Employee | -0.36 | -1.44 |
|  | -133.68 | -534.72 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -4.00 |

| Net Pay | 465.32 | 1,861.28 |

David Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

2/2/2018

Patricia A Smith

Four Hundred Seventy-Eight and 32/100******************************  **478.32

Patricia A Smith
2127 Horning Rd
E. Stroudsburg, PA 18302

Pay Period: 01/27/2018 - 02/02/2018

---

**Employee**
Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

SSN ***-**-2661

Pay Period: 01/27/2018 - 02/02/2018    Pay Date: 02/02/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 3,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -8.00 | -30.00 |
| Medicare Employee Add'l Tax | 0.00 | 0.00 |
| Federal Withholding | -50.00 | -302.00 |
| Social Security Employee | -37.20 | -186.00 |
| Medicare Employee | -8.70 | -43.50 |
| PA - Withholding | -18.42 | -92.10 |
| PA - Unemployment Employee | -0.36 | -1.80 |
|  | -120.68 | -655.40 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -5.00 |

Net Pay    478.32    2,339.60

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | 0:00 | 0:00 |
| Vacation | 0:00 | 0:00 | 0:00 |

David Skudnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

---

**Employee**
Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

SSN ***-**-2661

Pay Period: 01/27/2018 - 02/02/2018    Pay Date: 02/02/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 3,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -8.00 | -30.00 |
| Medicare Employees Add'l Tax | 0.00 | 0.00 |
| Federal Withholding | -50.00 | -302.00 |
| Social Security Employee | -37.20 | -186.00 |
| Medicare Employee | -8.70 | -43.50 |
| PA - Withholding | -18.42 | -92.10 |
| PA - Unemployment Employee | -0.36 | -1.80 |
|  | -120.68 | -655.40 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -5.00 |

Net Pay    478.32    2,339.60

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | 0:00 | 0:00 |
| Vacation | 0:00 | 0:00 | 0:00 |

David Skudnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18350

01/25/2018    10:55AM (GMT-05:00)    Powered by Intuit Payroll

2/9/2018

Patricia A Smith                                                                 **478.32

our Hundred Seventy-Eight and 32/100************************************************

Patricia A Smith
2127 Horning Rd
E. Stroudsburg, PA 18302

Pay Period: 02/03/2018 - 02/09/2018

---

**Employee**
tricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

SSN: ***-**-2561
Pay Period: 02/03/2018 - 02/09/2018   Pay Date: 02/09/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| urly | 40:00 | 15.00 | 600.00 | 3,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
|  | -0.00 | -36.00 |
| dicare Employee Add'l Tax | 0.00 | 0.00 |
| deral Withholding | -50.00 | -352.00 |
| cial Security Employee | -37.20 | -223.20 |
| dicare Employee | -8.70 | -52.20 |
| - Withholding | -18.42 | -110.52 |
| - Unemployment Employee | -0.36 | -2.16 |
|  | -120.68 | -776.08 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
|  | -1.00 | -6.00 |

| Net Pay | 478.32 | 2,817.92 |

| Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| k | 0:00 | 0:00 | 0:00 |
| cation | 0:00 | 0:00 | 0:00 |

vid Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

---

**Employee**
tricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

SSN: ***-**-2561
Pay Period: 02/03/2018 - 02/09/2018   Pay Date: 02/09/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| urly | 40:00 | 15.00 | 600.00 | 3,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
|  | -0.00 | -36.00 |
| dicare Employee Add'l Tax | 0.00 | 0.00 |
| deral Withholding | -50.00 | -352.00 |
| cial Security Employee | -37.20 | -223.20 |
| dicare Employee | -8.70 | -52.20 |
| - Withholding | -18.42 | -110.52 |
| - Unemployment Employee | -0.36 | -2.16 |
|  | -120.68 | -776.08 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
|  | -1.00 | -6.00 |

| Net Pay | 478.32 | 2,817.92 |

| Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| ck | 0:00 | 0:00 | 0:00 |
| cation | 0:00 | 0:00 | 0:00 |

vid Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

2/16/2018

Patricia A Smith                                    ***478.32

ur Hundred Seventy-Eight and 32/100****************************************

Patricia A Smith
2127 Horning Rd
E. Stroudsburg, PA 18302

Pay Period: 02/10/2018 - 02/16/2018

---

...ia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302                SSN ***-**-2591
                                                                        Pay Period: 02/10/2018 - 02/16/2018    Pay Date: 02/16/2018

| ...ngs and Hours | Hours | Rate  | Current | YTD Amount |
|---|---|---|---|---|
| y | 40:00 | 15.00 | 600.00 | 4,200.00 |

|  | Current | YTD Amount |
|---|---|---|
| ...s | | |
| ...ship | -6.00 | -42.00 |
| ...care Employee Add'l Tax | 0.00 | 0.00 |
| ...ral Withholding | -50.00 | -402.00 |
| ...l Security Employee | -37.20 | -260.40 |
| ...care Employee | -8.70 | -60.80 |
| Withholding | -18.42 | -128.94 |
| Unemployment Employee | -0.36 | -2.52 |
|  | -120.68 | -856.76 |

| ...tments to Net Pay | Current | YTD Amount |
|---|---|---|
|  | -1.00 | -7.00 |

| ...ay | 478.32 | 3,288.24 |

| Time Off | Earned | YTD Used | Available |
|---|---|---|---|
|  | 0:00 | 0:00 | 0:00 |
| ...tion | 0:00 | 0:00 | 0:00 |

I Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

Powered by Intuit Payroll

---

...ia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302                SSN ***-**-2591
                                                                        Pay Period: 02/10/2018 - 02/16/2018    Pay Date: 02/16/2018

| ...nge and Hours | Hours | Rate  | Current | YTD Amount |
|---|---|---|---|---|
| y | 40:00 | 15.00 | 600.00 | 4,200.00 |

|  | Current | YTD Amount |
|---|---|---|
| ...s | | |
| ...ship | -6.00 | -42.00 |
| ...care Employee Add'l Tax | 0.00 | 0.00 |
| ...ral Withholding | -50.00 | -402.00 |
| ...l Security Employee | -37.20 | -260.40 |
| ...care Employee | -8.70 | -60.80 |
| Withholding | -18.42 | -128.94 |
| Unemployment Employee | -0.36 | -2.52 |
|  | -120.68 | -856.76 |

| ...tments to Net Pay | Current | YTD Amount |
|---|---|---|
|  | -1.00 | -7.00 |

| ...ay | 478.32 | 3,288.24 |

| Time Off | Earned | YTD Used | Available |
|---|---|---|---|
|  | 0:00 | 0:00 | 0:00 |
| ...tion | 0:00 | 0:00 | 0:00 |

...s Skutnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18360

2/23/2018

Patricia A Smith

Four Hundred Seventy-Eight and 32/100****************************   ****478.32

Patricia A Smith
2127 Horning Rd
E. Stroudsburg, PA 18302

Pay Period: 02/17/2018 - 02/23/2018

**Employee**
Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

SSN ***-**-2561   Status (Fed/State) Single/Withhold   Allowances/Extra Fed-1/0/PA-0/0
Pay Period: 02/17/2018 - 02/23/2018   Pay Date: 02/23/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 4,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -8.00 | -46.00 |
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -50.00 | -452.00 |
| Social Security Employee | -37.20 | -297.80 |
| Medicare Employee | -8.70 | -69.60 |
| PA - Withholding | -18.42 | -147.36 |
| PA - Unemployment Employee | -0.36 | -2.88 |
| | -120.68 | -1,017.44 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -8.00 |

Net Pay   478.32   3,774.56

David Studnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18380

Powered by Intuit Payroll

**Employee**
Patricia A Smith, 2127 Horning Rd, E. Stroudsburg, PA 18302

SSN ***-**-2561   Status (Fed/State) Single/Withhold   Allowances/Extra Fed-1/0/PA-0/0
Pay Period: 02/17/2018 - 02/23/2018   Pay Date: 02/23/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 15.00 | 600.00 | 4,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Township | -8.00 | -46.00 |
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -50.00 | -452.00 |
| Social Security Employee | -37.20 | -297.80 |
| Medicare Employee | -8.70 | -69.60 |
| PA - Withholding | -18.42 | -147.36 |
| PA - Unemployment Employee | -0.36 | -2.88 |
| | -120.68 | -1,017.44 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OPT | -1.00 | -8.00 |

Net Pay   478.32   3,774.56

David Studnik Attorney At Law, 729 Monroe St., Stroudsburg, Pa 18380