MONROE LAKES PROPERTY OWNERS ASSOCIATIONS
6253 EAST LAKESHORE DRIVE
EAST STROUDSBURG, PA 18301