```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-00757-RNO
Patricia Anne Smith                                                     Chapter 13
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner                 Page 1 of 2           Date Rcvd: May 09, 2018
                              Form ID: ntnoshow             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db             +Patricia Anne Smith,    2127 Horning Road,    East Stroudsburg, PA 18302-8014
5027556        +ACCOUNT RESOLUTION SERVICES,    1643 N HARRISON PKWY BUILDING H,     SUITE 100,
                 SUNRISE, FL 33323-2857
5027581         AKRON BILLING CENTER,    3585 RIDGE PARK DR,    AKRON, OH 44333-8203
5027565        +ARS ACCOUNT RESOLUTION,    1643 HARRISON PKWY STE 100,     SUNRISE, FL 33323-2857
5027582        +BASEPOINTE-HM,    3225 NORTH STAR CIRCLE,    LOUISVILLE, TN 37777-5059
5027585        +BRADFORD EXCHANGE ONLINE,    9333 N. MILWAUKEE AVE,    NILES, IL 60714-1392
5027557        +BYL COLLECTIONS SERVICES,    301 LALEY STREET,    WEST CHESTER, PA 19382-3727
5027558        +BYL COLLECTIONS SERVICES,    PO BOX 569,    MALVERN, PA 19355-0569
5027561        +CAPITAL ONE AUTO FINANCE,    CB DISPUTES TEAM,    PO BOX 259407,    PLANO, TX 75025-9407
5027562        +CAPITAL ONE BANK USA NA,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
5027560        +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5027570        +CITIZENS BANK NA,    770 LEGACY PL,    DEDHAM, MA 02026-6837
5027577        +DM/MASON COMPANIES INC,    1251 1ST AVE,    CHIPPEWA FALLS, WI 54729,    SEVENTH AVENUE,
                 1112 7TH AVE,    MONROE, WI 53566-1364
5027559        +EASTERN REVENUE INC,    998 OLD EAGLE SCHOOL RD STE 1204,     WAYNE, PA 19087-1805
5027567         EMERG CARE SERV OF PA PC,    PO BOX 740021,    CINCINNATI, OH 45274-0021
5027564         FANNIE MAE,    3900 WISCONSIN AVE NW,    8H 707,    WASHINGTON, DC 20016
5027563       #+FIRST NTL COLL BUREAU,    610 WALTHAM WAY,    MCCARRAN, NV 89434-6695
5027580         HEART CARE OF THE POCONOS, PC,    100 PLAZA COURT, SUITE C,     EAST STROUDSBURG, PA 18301-8258
5027584        +KML LAW GROUP,    701 MARKET STREET, SUITE 5000,     PHILADELPHIA, PA 19106-1541
5046269        +MONROE LAKES PROPERTY OWNERS ASSOCIATION,     6253 EAST LAKESHORE DRIVE,
                 EAST STROUDSBURG, PA 18302-8396
5046268        +MONROE LAKES PROPERTY OWNERS ASSOCIATIONS,     6253 EAST LAKESHORE DRIVE,
                 EAST STROUDSBURG, PA 18302-8396
5027583        +MONROE RADIOLOGY IMAGING PC,    PO BOX 12 B,    EAST STROUDSBURG, PA 18301-0012
5027566         PENNSYLVANIA HM ASSOCIATES PC,    PO BOX 630707,    CINCINNATI, OH 45263-0707
5027568        +POCONO MEDICAL CENTER,    206 EAST BROWN STREET,     EAST STROUDSBURG, PA 18301-3094
5027569         POCONO MEDICAL CENTER,    PO BOX 822009,    PHILADELPHIA, PA 19182-2009
5027575        +SANTANDER CONSUMER USA,    8585 N STEMMONS FWY,    DALLAS, TX 75247,    DIAMOND RESORTS CENTRALI,
                 10600 W CHARLESTON BLVD,    LAS VEGAS, NV 89135-1260
5027586        +TOTAL GYM FITNESS, LLC,    835 SPRINGDALE DR, SUITE 206,     EXTON, PA 19341-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5027571        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 09 2018 19:22:04
                 CAPITAL ONE AUTO FINANCE,    3901 DALLS PKWY,    PLANO, TX 75093-7864
5027579         E-mail/Text: pmiller@conradco.com May 09 2018 19:17:45     CONRAD ACCEPTANCE CORPORATION,
                 PO BOX 469109,    ESCONDIDO, CA 92046-9109
5027574        +E-mail/PDF: creditonebknotifications@resurgent.com May 09 2018 19:31:21      CREDIT ONE BANK,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
5056945         E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2018 19:31:23
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank USA, N. A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5027576        +E-mail/Text: bkr@cardworks.com May 09 2018 19:17:15     MERRICK BANK,    PO BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
5027553        +E-mail/Text: bankruptcy@nbtbank.com May 09 2018 19:18:05     NBT BANK NA,    20 MOHAWK ST,
                 CANAJOHARIE, NY 13317-1144
5027573        +E-mail/PDF: cbp@onemainfinancial.com May 09 2018 19:22:20     ONEMAIN,    6801 COLWELL BLVD,
                 IRVING, TX 75039-3198
5027572        +E-mail/PDF: cbp@onemainfinancial.com May 09 2018 19:21:56     ONEMAIN,    PO BOX 59,
                 EVANSVILLE, IN 47701-0059
5027554        +E-mail/Text: bankruptcyteam@quickenloans.com May 09 2018 19:18:03      QUICKEN LOANS,
                 1050 WOODWARD AVE,    DETROIT, MI 48226-1906
5027555        +E-mail/Text: bankruptcyteam@quickenloans.com May 09 2018 19:18:03      QUICKEN LOANS,
                 635 WOODWARD AVENUE,    DETROIT, MI 48226-3408
5027578         E-mail/PDF: cbp@onemainfinancial.com May 09 2018 19:22:43     SPRINGLEAF FINANCIAL SVC,
                 PO BOX 59,    EVANSVILLE, IN 47701
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5039919*       +Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jeremy Michael Bolles    on behalf of Debtor 1 Patricia Anne Smith lawoffice.jmbolles@gmail.com,
           jmbolles@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

ntnoshow (03/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Patricia Anne Smith<br>Debtor(s) | Chapter<br>Case No. | 13<br>5:18−bk−00757−RNO |

## Notice

The Court intends to dismiss the Case.

The court docket reflects that the debtor(s) has/have failed to appear at the meeting of creditors required under Section 341 of the Bankruptcy Code. Section 343 of the Code provides that debtor(s) shall appear at the meeting and submit to examination under oath by creditors, the case trustee, and other interested parties. The failure of debtor(s) to appear at the meeting constitutes cause for dismissal.

Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **May 30, 2018**. If the debtor(s) oppose(s) this dismissal, debtor(s) must file an objection with the Court, on or before **May 30, 2018**, and explain why debtor(s) failed to appear at the creditors' meeting on each occasion the meeting was scheduled by the Court. If no timely objection is filed, an Order will be entered.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 9, 2018 |