```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                            Case No. 18-00757-RNO
Patricia Anne Smith                                               Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner              Page 1 of 1              Date Rcvd: Jul 18, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db             +Patricia Anne Smith,    2127 Horning Road,    East Stroudsburg, PA 18302-8014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeremy Michael Bolles   on behalf of Debtor 1 Patricia Anne Smith lawoffice.jmbolles@gmail.com,
               jmbolles@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| **PATRICIA ANNE SMITH** <br> * Debtors | Chapter: **13** <br> Case Number: **5-18-bk-00757 RNO** <br> Document No.: **23** <br> Nature of Proceeding: **Certification of Debtor's Failure to Appear** |

## ORDER

After due consideration of the Chapter 13 Trustee's Certification that Debtor Failed to Appear at 341 Meeting, and the Debtor's Objection thereto, after hearing held on July 17, 2018, it is

ORDERED that the Debtor is directed to appear at the next regularly scheduled 341 Meeting with proof of social security number and proper form of identification or, upon certification of default filed by the Chapter 13 Trustee, the case will be dismissed without further notice.

By the Court,

_Robert N. Opel II_

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

July 17, 2018