**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : CASE NO. 5:18-BK-00757-RNO |
| Patricia Anne Smith, | : |
| | : CHAPTER 13 |
| Debtor | : |
| | : |
| _____ | : |
| Charles DeHart, III, Esquire, | : |
| Chapter 13 Trustee, | : Related to Document No. 23 |
| Movant : | : |
| | : |
| vs. | : |
| | : |
| Patricia Anne Smith, | : |
| | : |
| Respondent | : |

<u>**CERTIFICATE OF SERVICE**</u>

I, Jeremy M. Bolles, Esquire, Attorney for Debtor, Patricia Anne Smith hereby certify

that on July 25, 2018, I served a copy of the foregoing Notice of Rescheduled 341 Meeting on all

entities and people listed on the attached Credit Matrix by first class US Mail postage pre-paid or

by electronic means:

Respectfully submitted,

Date: <u>07/25/2018</u>

<u>/s/ Jeremy M. Bolles, Esquire</u>
Jeremy M. Bolles, Esquire
PA I.D. # 201323
Law Office of Jeremy M. Bolles
27 North 6th Street
Stroudsburg, PA 18360
(570) 213-9177
Attorney for Debtor

NBT BANK NA
20 MOHAWK ST
CANAJOHARIE, NY 13317

QUICKEN LOANS
1050 WOODWARD AVE
DETROIT, MI 48226

QUICKEN LOANS
635 WOODWARD AVENUE
DETROIT, MI 48226

ACCOUNT RESOLUTION SERVICES
1643 N HARRISON PKWY BUILDING H
SUITE 100
SUNRISE, FL 33323

BYL COLLECTIONS SERVICES
301 LALEY STREET
WEST CHESTER, PA 18382

BYL COLLECTIONS SERVICES
PO BOX 569
MALVERN, PA 19355

EASTERN REVENUE INC
998 OLD EAGLE SCHOOL RD STE 1204
WAYNE, PA 19087

CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850

CAPITAL ONE AUTO FINANCE
CB DISPUTES TEAM
PO BOX 259407
PLANO, TX 75025

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT 84130

FIRST NTL COLL BUREAU
610 WALTHAM WAY
MCCARRAN, NV 89434

FANNIE MAE
3900 WISCONSIN AVE NW
8H 707
WASHINGTON, DC 20016

ARS ACCOUNT RESOLUTION
1643 HARRISON PKWY STE 100
SUNRISE, FL 33323

PENNSYLVANIA HM ASSOCIATES PC
PO BOX 630707
CINCINNATI, OH 45263-0707

EMERG CARE SERV OF PA PC
PO BOX 740021
CINCINNATI, OH 45274-0021

POCONO MEDICAL CENTER
206 EAST BROWN STREET
EAST STROUDSBURG, PA 18301

POCONO MEDICAL CENTER
PO BOX 822009
PHILADELPHIA, PA 19182-2009

CITIZENS BANK NA
770 LEGACY PL
DEDHAM, MA 02026

CAPITAL ONE AUTO FINANCE
3901 DALLS PKWY
PLANO, TX 75093

ONEMAIN
PO BOX 59
EVANSVILLE, IN 47701

ONEMAIN
6801 COLWELL BLVD
IRVING, TX 75039

CREDIT ONE BANK
PO BOX 98875
LAS VEGAS, NV 89193

SANTANDER CONSUMER USA
8585 N STEMMONS FWY
DALLAS, TX 75247
DIAMOND RESORTS CENTRALI
10600 W CHARLESTON BLVD
LAS VEGAS, NV 89135

MERRICK BANK
PO BOX 9201
OLD BETHPAGE, NY 11804

DM/MASON COMPANIES INC
1251 1ST AVE
CHIPPEWA FALLS, WI 54729
SEVENTH AVENUE
1112 7TH AVE
MONROE, WI 53566

SPRINGLEAF FINANCIAL SVC
PO BOX 59
EVANSVILLE, IN 47701

CONRAD ACCEPTANCE CORPORATION
PO BOX 469109
ESCONDIDO, CA 92046-9109

HEART CARE OF THE POCONOS, PC
100 PLAZA COURT, SUITE C
EAST STROUDSBURG, PA 18301-8258

AKRON BILLING CENTER
3585 RIDGE PARK DR
AKRON, OH 44333-8203

BASEPOINTE-HM
3225 NORTH STAR CIRCLE
LOUISVILLE, TN 37777

MONROE RADIOLOGY IMAGING PC
PO BOX 12 B
EAST STROUDSBURG, PA 18301-9629

KML LAW GROUP
701 MARKET STREET, SUITE 5000
PHILADELPHIA, PA 19106

BRADFORD EXCHANGE ONLINE
9333 N. MILWAUKEE AVE
NILES, IL 60714


TOTAL GYM FITNESS, LLC
835 SPRINGDALE DR, SUITE 206
EXTON, PA 19341


MONROE LAKES PROPERTY OWNERS ASSOCIATION
6253 EAST LAKESHORE DRIVE
EAST STROUDSBURG, PA 18301