IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: Patricia Anne Smith | : : : : : : | CHAPTER 13 BANKRUPTCY NO. 5:18-bk-00757 |
|---|---|---|
| Debtor | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT:

Please be advised that Joseph R. Baranko, Jr., Esquire and George R. Hludzik, Esquire of Association Collections Law Group, 1620 North Church Street, Suite 1, Hazleton, Pennsylvania 18202, hereby enters their appearance on behalf of the Creditor, Monroe Lakes Property Owners Association, requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully submitted,

BY _____
Joseph R. Baranko, Jr., Esquire
Supr. ID #39124
Association Collections Law Group
1620 North Church Street, Suite 1
Hazleton, PA 18202
Telephone: (570) 497-4414
Attorney for Monroe Lakes Property Owners Association

BY _____
George R. Hludzik, Esquire
Supr. ID #54238
Association Collections Law Group
1620 North Church Street, Suite 1
Hazleton, PA 18202
Telephone: (570) 497-4414
Attorney for Monroe Lakes Property Owners Association