# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Patricia Anne Smith | : | CHAPTER 13 BANKRUPTCY |
| | : | |
| | : | |
| | : | NO. 5:18-bk-00757 |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

We, Joseph R. Baranko, Jr., Esquire and George R. Hludzik, Esquire, do hereby certify that on July 26, 2018, I served a copy of *Request for Notice under 2002* on the following parties in this matter:

Jeremy Michael Bolles on behalf of Debtor 1, Patricia Ann Smith, ***via email: lawoffice.jmbolles@gmail.com; jmbolles@gmail.com***

Charles J. DeHart, III (Trustee), ***via email: dehartstaff@pamd13trustee.com; TWecf@pamd13trustee.com***

United States Trustee, ***via email: ustpregion03.ha.ecf@usdoj.gov***

James Warmbrodt on behalf of Creditor Quicken Loans, Inc., ***via email: bkgroup@kmllawgroup.com***

Respectfully submitted,

BY  /s/ Joseph R. Baranko, Jr.
Joseph R. Baranko, Jr., Esquire
Supr. ID #39124
Association Collections Law Group
1620 North Church Street, Suite 1
Hazleton, PA 18202
Telephone: (570) 497-4414
Attorney for Monroe Lakes Property Owners Association

BY  /s/ George R. Hludzik
George R. Hludzik, Esquire
Supr. ID #54238
Association Collections Law Group
1620 North Church Street, Suite 1
Hazleton, PA 18202
Telephone: (570) 497-4414
Attorney for Monroe Lakes Property Owners Association