```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-00757-RNO
Patricia Anne Smith                                                 Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0314-5        User: AGarner              Page 1 of 2          Date Rcvd: Aug 29, 2018
                            Form ID: ntcnfhrg          Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
```
db             +Patricia Anne Smith,    2127 Horning Road,    East Stroudsburg, PA 18302-8014
5027556        +ACCOUNT RESOLUTION SERVICES,    1643 N HARRISON PKWY BUILDING H,    SUITE 100,
                 SUNRISE, FL 33323-2857
5027581         AKRON BILLING CENTER,    3585 RIDGE PARK DR,    AKRON, OH 44333-8203
5027565        +ARS ACCOUNT RESOLUTION,    1643 HARRISON PKWY STE 100,    SUNRISE, FL 33323-2857
5027582        +BASEPOINTE-HM,    3225 NORTH STAR CIRCLE,    LOUISVILLE, TN 37777-5059
5027585        +BRADFORD EXCHANGE ONLINE,    9333 N. MILWAUKEE AVE,    NILES, IL 60714-1392
5027557        +BYL COLLECTIONS SERVICES,    301 LALEY STREET,    WEST CHESTER, PA 19382-3727
5027558        +BYL COLLECTIONS SERVICES,    PO BOX 569,    MALVERN, PA 19355-0569
5027561        +CAPITAL ONE AUTO FINANCE,    CB DISPUTES TEAM,    PO BOX 259407,    PLANO, TX 75025-9407
5027560        +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5027570        +CITIZENS BANK NA,    770 LEGACY PL,    DEDHAM, MA 02026-6837
5027577        +DM/MASON COMPANIES INC,    1251 1ST AVE,    CHIPPEWA FALLS, WI 54729,    SEVENTH AVENUE,
                 1112 7TH AVE,    MONROE, WI 53566-1364
5027559       #+EASTERN REVENUE INC,    998 OLD EAGLE SCHOOL RD STE 1204,    WAYNE, PA 19087-1805
5027567         EMERG CARE SERV OF PA PC,    PO BOX 740021,    CINCINNATI, OH 45274-0021
5027564         FANNIE MAE,    3900 WISCONSIN AVE NW,    8H 707,    WASHINGTON, DC 20016
5027563       #+FIRST NTL COLL BUREAU,    610 WALTHAM WAY,    MCCARRAN, NV 89434-6695
5027580         HEART CARE OF THE POCONOS, PC,    100 PLAZA COURT, SUITE C,    EAST STROUDSBURG, PA 18301-8258
5027584        +KML LAW GROUP,    701 MARKET STREET, SUITE 5000,    PHILADELPHIA, PA 19106-1541
5046269        +MONROE LAKES PROPERTY OWNERS ASSOCIATION,    6253 EAST LAKESHORE DRIVE,
                 EAST STROUDSBURG, PA 18302-8396
5046268        +MONROE LAKES PROPERTY OWNERS ASSOCIATIONS,    6253 EAST LAKESHORE DRIVE,
                 EAST STROUDSBURG, PA 18302-8396
5027583        +MONROE RADIOLOGY IMAGING PC,    PO BOX 12 B,    EAST STROUDSBURG, PA 18301-0012
5088124        +Monroe Lakes Property Owners Association,    6253 Lakeshore Drive E.,
                 East Stroudsburg, PA 18302-8396
5027566         PENNSYLVANIA HM ASSOCIATES PC,    PO BOX 630707,    CINCINNATI, OH 45263-0707
5027568        +POCONO MEDICAL CENTER,    206 EAST BROWN STREET,    EAST STROUDSBURG, PA 18301-3094
5027569         POCONO MEDICAL CENTER,    PO BOX 822009,    PHILADELPHIA, PA 19182-2009
5027575        +SANTANDER CONSUMER USA,    8585 N STEMMONS FWY,    DALLAS, TX 75247,    DIAMOND RESORTS CENTRALI,
                 10600 W CHARLESTON BLVD,    LAS VEGAS, NV 89135-1260
5027586        +TOTAL GYM FITNESS, LLC,    835 SPRINGDALE DR, SUITE 206,    EXTON, PA 19341-2833
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5027571        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 29 2018 19:23:23
                 CAPITAL ONE AUTO FINANCE,    3901 DALLS PKWY,    PLANO, TX 75093-7864
5027562        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2018 19:24:29
                 CAPITAL ONE BANK USA NA,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
5027579         E-mail/Text: pmiller@conradco.com Aug 29 2018 19:16:43     CONRAD ACCEPTANCE CORPORATION,
                 PO BOX 469109,    ESCONDIDO, CA 92046-9109
5027574        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2018 19:23:25     CREDIT ONE BANK,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
5056945         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2018 19:23:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5027576        +E-mail/Text: bkr@cardworks.com Aug 29 2018 19:16:20     MERRICK BANK,    PO BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
5027553        +E-mail/Text: bankruptcy@nbtbank.com Aug 29 2018 19:16:54     NBT BANK NA,    20 MOHAWK ST,
                 CANAJOHARIE, NY 13317-1144
5027573        +E-mail/PDF: cbp@onemainfinancial.com Aug 29 2018 19:23:46     ONEMAIN,    6801 COLWELL BLVD,
                 IRVING, TX 75039-3198
5027572        +E-mail/PDF: cbp@onemainfinancial.com Aug 29 2018 19:23:16     ONEMAIN,    PO BOX 59,
                 EVANSVILLE, IN 47701-0059
5027554        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 29 2018 19:16:54     QUICKEN LOANS,
                 1050 WOODWARD AVE,    DETROIT, MI 48226-1906
5027555        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 29 2018 19:16:54     QUICKEN LOANS,
                 635 WOODWARD AVENUE,    DETROIT, MI 48226-3408
5027578         E-mail/PDF: cbp@onemainfinancial.com Aug 29 2018 19:23:16     SPRINGLEAF FINANCIAL SVC,
                 PO BOX 59,    EVANSVILLE, IN 47701
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Monroe Lakes Property Owners Association,    6253 Lakeshore Drive E.,
                 East Stroudsburg, PA 18302-8396
5039919*       +Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jeremy Michael Bolles    on behalf of Debtor 1 Patricia Anne Smith lawoffice.jmbolles@gmail.com,
           jmbolles@gmail.com
          Joseph R. Baranko, Jr.   on behalf of Creditor   Monroe Lakes Property Owners Association
           josephb@slusserlawfirm.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| Patricia Anne Smith, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−00757−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 5, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 12, 2018 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2018 |

ntcnfhrg (03/18)